UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GREGORY HORENIAN,<br>　　　　Plaintiff<br><br>v.<br><br>DANIEL R. LEONARD<br><br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:21-CV-11417<br>)<br>)<br>)<br>)<br>) |

**PROPOSED EXHIBIT LIST**

**A. Google Earth Image of 327 N Pearl Street, Brockton.**

**B. Plaintiff's Drawing of Parking Lot of 327 N Pearl Street.**

**C. Photo of Plaintiff's Yellow Truck.**

　**a. Driver's Door Closed.**

　**b. Driver's Door Open.**

**D. Brewster Ambulance Bill from Collection Agency.**

**E. Photos of Plaintiff at Good Samaritan Hospital.**

　**a. Abdomen**
　**b. Left Wrist**
　**c. Right Shoulder**
　**d. Left Shoulder**
　**e. Left Wrist (2)**
　**f. Abdomen (2)**

**F. Photos of Plaintiff on Day After Incident on 11/19/2018.**
　**a. Abdomen (1)**
　**b. Abdomen (2)**
　**c. Abdomen (3)**
　**d. Abdomen (4)**
　**e. Right Wrist**

  **f. Left Wrist.**
 **G. Brockton Police Dispatch Log without Abbreviations**

Respectfully Submitted,

Gregory Horenian,

By His Attorney:

/s/ Andrew R. Burger
Andrew R. Burger

BBO #706458
48 Elm St #1
Andover, MA 01810
603-344-8955
Andrew.ryan238@gmail.com

**CERTIFICATE OF SERVICE**

 I hereby certify that copies of the foregoing were served electronically through the Court's electronic filing system to all counsel and parties of record registered to receive such notice.

Date: February 24, 2023

/s/Andrew R. Burger
Andrew R. Burger