3/2/23
2:30 PM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
GREGORY HORENIAN,             )
                              )
            Plaintiff,        )
       v.                     )    CIVIL ACTION
                              )    No. 21-11417-WGY
DANIEL R. LEONARD,            )
                              )
            Defendant.        )
_____)
```

**JURY VERDICT**

1. On the alleged excessive force claim, we find for

   __✓__ Daniel R. Leonard

   _____ Gregory Horenian and assess

   _____ compensatory damages of _____

   _____ punitive damages of _____

2. On the alleged false imprisonment claim, we find for

   __✓__ Daniel R. Leonard

   _____ Gregory Horenian and assess

   _____ compensatory damages of _____

   _____ punitive damages of _____

Date: 3-2-2023

Lisa M Mariotti
Forelady